IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID CLARK                                                                                      PLAINTIFF

v.                           CASE NO. 5:05-cv-336 (JLH)

STEPHEN W. STAIN, in his Individual Capacity;
GEORGE A. STRAIN, In his Individual Capacity;
REBECCA LEGGETT, in her Individual Capacity;
M. SHARP, in his Individual Capacity;
MARK GOBER, in his Official Capacity
as Sheriff of Drew County, Arkansas; and
A. ADCOCK, in his Individual Capacity                                        DEFENDANTS

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS ACTION

UPON MOTION OF THE PLAINTIFF, this action is hereby dismissed with prejudice. Each party shall bear its own fees and costs.

IT IS SO ORDERED, on this, the 22nd day of August, 2006.

_/s/ J. Leon Holmes_
Judge

PREPARED BY:

_/s/ James E. Patrick, II_
James E. Patrick II, Arkansas Bar No. 2001150
HARRILL & SUTTER, P.L.L.C.
Attorneys at Law
310 Natural Resources Drive
Post Office Box 26321
Little Rock, Arkansas 72221
(501) 224-1050
Attorneys for the Plaintiff